UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| RONALD MOORE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No. 3:21-cv-14547-FLW-LHG |
| : | |
| ANNE YURES PROPERTIES, INC., : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of Defendant, hereby inform the Court that the parties have settled the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal with prejudice within the next sixty days.

Respectfully submitted this 31st day of August 2022.

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of August 2022, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
