UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

RONALD MOORE, et al.,

    Plaintiffs,

v.

ANNE YURES PROPERTIES, INC.,

    Defendant.

Case No. 3:21-cv-14547-FLW-LHG

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be and hereby is dismissed with prejudice and with each party bearing their own attorneys' fees and costs, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

Lance N. Olitt, Esq.
Kluger Healy, LLC
165 Passaic Avenue, Suite 306
Fairfield, NJ 07004
Phone (973) 307-0800
Fax (888) 635-1653
lolitt@klugerhealey.com
*Attorney for Defendant*

Dated: 09/09/2022

8